**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02294-RBJ-KLM

JILL DEWITTE,

    Plaintiff,

v.

UNITED RECOVERY SYSTEMS, LP, a Texas limited partnership,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED this 2nd day of November, 2012.

BY THE COURT:

*/s/ Brooke Jackson*

R. Brooke Jackson
United States District Judge